UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL,<br><br>Plaintiff,<br><br>v.<br><br>EL DORADO COUNTY, et al.,<br><br>Defendants. | No. 2:25-cv-01779-DC-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 5) |

Plaintiff Michael Alan Dean Hill, a county prisoner proceeding *pro se*, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to the magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 9, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen (14) days. (Doc. No. 5.) Plaintiff has not filed objections to the findings and recommendations, and the time to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations filed on September 9, 2025 (Doc. No. 5) are ADOPTED IN FULL;

1

2.   This action is dismissed without prejudice; and

3.   The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:   **December 11, 2025**

_____
Dena Coggins
United States District Judge

2